DEBRA J. CARFORA
ANDREW COGHLAN
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC. 20044-7611
(202) 514-9275
(202) 514-8865 (fax)
debra.carfora@usdoj.gov
andrew.coghlan@usdoj.gov

*Attorneys for Federal Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SURFRIDER FOUNDATION, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE INTERNATIONAL BOUNDARY & WATER COMMISSION – UNITED STATES SECTION, an agency of the United States,<br><br>Defendant. | Case No. 3:18-cv-1621-JM-LL<br><br>**JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE TO APRIL 12, 2019.** |

Pursuant to Rule 7.2 of the Local Rules for the United States District for the Southern District of Court of California and Sections II.C and IV of the Civil Chambers Rules for the Honorable Linda Lopez, United States Magistrate Judge, Defendant the International Boundary and Water

1

Commission – United States Section ("USIBWC") and Plaintiff Surfrider Foundation ("Surfrider," together with USIBWC, the "Parties"), hereby jointly move for an order continuing the Early Neutral Evaluation Conference ("ENE") to April 12, 2019 for the reasons set forth below:

1. This case is related to *City of Imperial Beach, et al. v. USIBWC, et al.*, 3:18-cv-457-JM-LL.  The cases concern similar claims; motions to dismiss in both cases were argued at a single hearing; and the Court previously scheduled the ENE in both cases for March 22, 2019 (*City of Imperial Beach* at 9:30 a.m., *Surfrider* at 11:00 a.m.).

2. Because of a scheduling conflict, the ENE in *City of Imperial Beach* has been rescheduled to April 12, 2019, at 8:30 a.m.

3. The Parties agree that coordinating ENEs in *City of Imperial Beach* and *Surfrider* is warranted because, among other things, they submit that discovery in both cases should proceed on the same schedule.

4. The Parties have met and conferred about the reasons underlying the requested continuance.  Counsel for all Parties are amenable to continuing the ENE to April 12, 2019 and agree that the other deadlines and dates set forth in the *Order Resetting Early Neutral Evaluation Conference and Case Management Conference (*Dkt. 29) shall remain in place and unaffected by the requested continuance.

5. No prior continuances of the ENE have been requested.

6. Accordingly, the Parties hereby move the Court for an order continuing the ENE to April 12, 2019, at 10:00 a.m. (or any other time on April 12, 2019 that the Court deems appropriate) in the chambers of the Honorable Linda Lopez, United States Magistrate

1  Judge, located at 221 West Broadway, Suite 2140, San Diego,
2  California, 92101.
3
4  Dated: March 4, 2019          By:   s/ *Andrew S. Coghlan*
5                                      DEBRA J. CARFORA
6                                      ANDREW S. COGHLAN
                                       Attorneys for Defendant
7                                      International Boundary and Water
8                                      Commission, United States Section

9  Dated: March 4, 2019          MCDERMOTT WILL & EMERY LLP
10                               By:   s/ *Daniel R. Foster*
11                                     DANIEL R. FOSTER
12                                     Attorney for Plaintiff
                                       Surfrider Foundation
13

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 4, 2019, a true and correct copy of the foregoing motion was served electronically via the Court's e-filing system to Counsel of Record.

/s/ *Andrew Coghlan*
ANDREW COGHLAN