UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURFRIDER FOUNDATION,<br><br>                      Plaintiff,<br><br>v.<br><br>THE INTERNATIONAL BOUNDARY &<br>WATER COMMISSION – UNITED<br>STATES SECTION,<br><br>                      Defendant. | Case No.: 18cv1621 JM (JLB)<br><br>**ORDER ON JOINT MOTION TO CONTINUE DEADLINE TO FILE MOTION FOR FEES AND COSTS** |

      Presently before the court is the Parties' "Joint Motion to Continue the Deadline to File a Motion for Fees and Costs" in *Surfrider Foundation v. The International Boundary and Water Commission United States Section*, 18cv1621 JM (JLB). This is the Parties' second such request. (Doc. Nos. 125; 126).

      On April 25, 2022, the court granted Plaintiffs' unopposed motions to dismiss the above-captioned case and related cases *People of the State of California v. International Boundary and Water Commission et al.*, 18cv2050 JM(JLB) and *City of Imperial Beach et al. v. The International Boundary & Water Commission – United States Section et al.*, 18cv457 JM(JLB) (collectively, "the Water Cases") with prejudice. (*See e.g.*, Doc. No. 122). The court retained jurisdiction of the Water Cases solely to resolve any possible

disputes over Plaintiffs' attorneys' fees and costs and set the deadline for Plaintiffs to file Motions for Attorneys' Fees and Costs to August 23, 2022—in the event the court's intervention was required. *Id.* at 1. On August 12, 2022, the court granted a ninety-day continuance of the deadline for Plaintiffs to file Motions for Attorneys' Fees and Costs in the Water Cases. (Doc. No. 126).

In the instant Motion, the Parties request a 54-day continuance for Plaintiff Surfrider Foundation to file a Motion for Attorneys' Fees and Costs in the above-captioned case *only*. (Doc. No. 128 at 4).[1] As to the above-captioned case, the Parties represent negotiations remain ongoing and Plaintiff has provided Defendant the International Boundary and Water Commission, United States Section with "further information supporting their fee and costs demands." *Id.* at 3. The Parties represent they are "optimstic" an informal resolution of fee and costs claims remains viable but require additional time to see the informal negotiation process through to completion. *Id.*

For good cause shown, the court **GRANTS** the Parties' Joint Motion. Plaintiff's deadline to file a Motion for Attorneys' Fees and Costs is **RESET** to **January 17, 2023 in the above captioned case only**.

DATED: November 17, 2022

_____
JEFFREY T. MILLER
United States District Judge

---

[1] The Court has already issued Orders on similar requests in *People of the State of California v. International Boundary and Water Commission et al.*, 18cv2050 JM(JLB) and *City of Imperial Beach et al. v. The International Boundary & Water Commission – United States Section et al.*, 18cv457 JM(JLB).